AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    TEXAS

UNITED STATES OF AMERICA                    CRIMINAL COMPLAINT
V.

Elpidio REYES-Becerra                    Case Number: L-14-PO7908

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 28, 2014** in **Webb** County, in the **Southern** District of **Texas** **Elpidio REYES-Becerra** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer.

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Elpidio REYES-Becerra, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on July 28, 2014.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/
Signature of Complainant

Uriel A. Lopez
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 04, 2014                              at   Laredo, Texas
Date                                              City and State

J. Hacker,   U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer